U.S. Department of Justice
United States Attorneys

# United States District Court
## for the Southern District of Florida

FILED BY _____KJZ_____ D.C.

Nov 24, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

NO. 21-80178-Cr-MARRA

**UNITED STATES OF AMERICA**

v.

CHRISTOPHER MICHAEL FRANTANTONI /

Inmate Name: Christopher Michael FRANTANTONI

Inmate #: Inmate ID:216641

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:  ANY UNITED STATES MARSHAL, and

WARDEN, St. Lucie County Jail

It appearing from the petition of the United States of America that the defendant in the above case, Christopher Frantantoni, Inmate ID:216641, is confined in the St. Lucie County Jail at 900 N Rock Rd, Fort Pierce, FL 34945 and that this case is set for an Initial Appearance and all subsequent proceedings as to the defendant at the United States District Court, 701 Clematis Street, West Palm Beach, Florida 33401, and that it is necessary for the defendant to be before this Court for this proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of Christopher Frantantoni, Inmate ID:216641 now in custody as aforesaid, under safe and secure conduct, before this Court at the United States District Court, 701 Clematis Street, West Palm Beach, Florida 33401 by or before, 10 A.M. ~~9:00 a.~~ M., on December 8, 2021 for a Initial Appearance and all subsequent proceedings on the criminal charges pending against the defendant in this case, and upon completion of all proceedings that you return the defendant with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of St. Lucie County Jail at 900 N Rock Rd, Fort Pierce, FL 34945 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the defendant for safe and secure conduct to this district for this purpose.

DONE and ORDERED at West Palm Beach Florida, this 24th day of November, 2021

_William Matthewman_
Hon. William Matthewman
UNITED STATES MAGISTRATE JUDGE

cc:  U.S. Attorney (AUSA JOHN C. McMILLAN )
U.S. Marshal (3 certified copies)
Chief Probation Officer